## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **5:25-cv-01645-DTB**                                    Date: **June 25, 2026**

Title:  **Veronica Gonzalez v. Walmart, Inc., et al.**
========================================================================

**DOCKET ENTRY**
========================================================================
PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

Rachel Maurice                                          n/a
Deputy Clerk                                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT(S):
        None present                                  None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE POST-MEDIATION JOINT STATUS REPORT**

On May 20, 2025, plaintiff Veronica Gonzalez ("Plaintiff") initiated the action against defendant Walmart, Inc. ("Defendant") by filing a Complaint in San Bernardino County Superior Court.  (Docket No. 1-1).  On July 1, 2025, Defendant removed the action to this Court.  (Docket No. 1).

On September 4, 2025, the parties filed their Joint FRCP26(f) Report.  (Docket No. 11).  On September 10, 2025, the Court issued its Civil Trial Scheduling Order. (Docket No. 12).  On May 11, 2026, the Court issued its Order/Referral to ADR. (Docket No. 16).  The parties were ordered to complete ADR proceedings by June 15, 2026 and file with the Court a joint report no later than seven (7) days after ADR proceedings regarding the progress of settlement discussions.  (Id.).

However, to date, the Court has not received a joint status report.  Thus, the parties are in violation of the Court's May 11, 2026 Order/Referral to ADR.

The Court has inherent power to impose sanctions for "willful disobedience of a court order[.]"  See Evon v. Law Offices of Sidney Mickell, 688 F.3d 1015, 1035 (9th Cir. 2012).  Before imposing sanctions, the Court will afford the parties an opportunity to explain their failure to file a joint status report as directed by the Court's May 11, 2026 Order/Referral to ADR.

MINUTES FORM 11                                    Initials of Deputy Clerk  RAM
CIVIL-GEN

Accordingly, Plaintiff and Defendant are **ORDERED TO SHOW CAUSE** in writing why sanctions should not be imposed.  The parties shall have **up to and including July 1, 2026,** to file responses to this Order.

**Furthermore, Plaintiff is expressly warned that failure to timely file a response to this Order <u>will</u> result in this action being dismissed without prejudice for failure to prosecute and comply with Court orders.  <u>See</u> FED. R. CIV. P. 41(b).**

**IT IS SO ORDERED.**

MINUTES FORM 11
CIVIL-GEN

Initials of Deputy Clerk  RAM